IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | Docket No.: 25-cr-00257 |
| MICHAEL HOCHMAN : | |

**<u>Michael Hochman's Response to the Government's letter<br>dated October 29th, 2025 alleging Fraud</u>**

Mr. Hochman respectfully submits that every word written in the letters offered by Cathy McVey, Daniel Wisniewski, Lisa Tordo, D.T. Shannon, Christina Lessard-McDuell are in fact true statements regarding Mr. Hochman's background, work, and/or volunteering for each of the authors' respective organizations. As such, he respectfully submits that he has not committed any action that would either violate the plea agreement or cause this Honorable Court to reject the same. He further avers that this issue has only arisen because the signatories of the letters – when contacted by a reporter – did not have the intestinal fortitude to stand up and confirm that, while they may not have known about Mr. Hochman's background,[1] he was a good employee and exemplary volunteer. Now, because they all cower at the thought of being exposed for allowing a person with a checkered past to work for them, they run for the hills. The fact that they wish to distance their organizations from Mr. Hochman does not change the true and unassailable fact that he did good deeds and was a valued member of their teams.

First, despite the Government's averment to the contrary, Mr. Hochman had no duty – statutory or otherwise – to tell anyone that he was a convicted sex offender, nor is the failure to

---

[1] Mr. Hochman's background was not a secret. He was current on his SORNA registration and is listed on the public website.

do so indicative of fraud.[2] All of the letters were written before Mr. Hochman's plea to an Information and he had no duty to tell anyone that he was under investigation.

Furthermore, the letters clearly are not personal recommendations but instead merely businesslike, general missives listing Mr. Hochman's work and volunteering activities. To that end, it is true that, for Visit Philadelphia, Mr. Hochman:

- was a pleasure to work with;
- was a valued contributor to visitphilly.com;
- crafted more than 100 engaging and informative articles for the website which saw more than 10 million visits in 2024;
- whether he was writing about the latest craft beer hotspots, family-friendly adventures or monthly event round-ups, he consistently delivered thoroughly researched, compelling pieces that resonated with readers; and
- had attention to detail and a commitment to accuracy that made him a trusted voice on the content team.

Mr. Hochman respectfully submits that simply because he has entered a plea to crimes that Visit Philadelphia finds abhorrent and a reporter outed them for employing such a person, it does not change the reality of the excellent work Mr. Hochman provided when in their employ.

It is also true that, for The Millbrook Society, Mr. Hochman:

- **volunteered** between 330 and 350 hours of his time to the historical society;
- for free, maintained the Society's website;
- helped to organize the Crooked Billet History Fair;

---

[2] *See* Note 1 *supra*.

- was elected to the Board of Directors and served as Co-Director of Communications and Membership and was on the Events and Museum Committees;
- took it upon himself to have the Amy B. Yerkes Museum of Hatboro History open during all events held at the Pennypack Community Center;
- worked hard enough to bring in donations that doubled their budget; and
- was kind and supportive of his fellow volunteers.

Mr. Hochman respectfully submits that simply because he has entered a plea to crimes that The Millbrook Society finds abhorrent, it does not change the reality that he gave hundreds of hours of his time to support their charity and benefit their organization without recompense.

It is also true that, for the National Giving Alliance [hereinafter "NGA"], Mr. Hochman:

- *volunteered* with an exceptional combination of work ethic, integrity, and leadership;
- offered his professional skills as a journalist to help highlight and promote the NGA's history of working with homeless and low-income children, youth and their families;[3]
- consistently went above and beyond out of a responsibility and purpose as he enthusiastically motivated others; and
- *volunteered* his time with focus, humility, and a clear sense of purpose.

Mr. Hochman respectfully submits that simply because he has entered a plea to crimes that the NGA finds abhorrent, it does not change the reality that he gave scores of hours to support their charity and benefit their organization without recompense.

There is no question that Mr. Hochman has a past that includes crimes society rightfully finds reprehensible. Mr. Hochman agrees that he should – and will – be punished for his actions.

---

[3] There is not even a scintilla of evidence that Mr. Hochman spent one minute of his volunteer time working with or even attempting to work with children or their families directly. His free work for the NGA was administrative.

However, he respectfully submits that no human being is wholly as good as he/she is on their best day, nor are they as bad as they are on their worst. All people are more than the sum of their worst actions. Mr. Hochman can be both a convicted sex offender **and** a person who freely gave his time and expertise to assist charitable organizations. He can also be a journalist who did good work for his employer. Mr. Hochman respectfully submits that a reporter's inquiry does not change the fact that he helped people and did good deeds.

Finally, Mr. Hochman submits that while all of the signatories can withdraw their personal recommendations, no matter how much heat they may draw from a reporter's story, they cannot withdraw the truth nor change history. None of the signatories were duped into doing anything. Every word in each of the challenged letters is merely a true recitation of what occurred and what Mr. Hochman did. Said another way, Mr. Hochman did in fact commit all the good deeds that were described in the submitted letters. If the Government challenges the same, Mr. Hochman will use his powers of compulsory process to bring the authors of each letter into court such that they be compelled to testify that – despite being a sex offender – he was a good writer and exemplary volunteer.

**Respectfully submitted,**

/s/ Michael J. Diamondstein
**MICHAEL J. DIAMONDSTEIN**
**Attorney for Michael Hochman**

## CERTIFICATE OF SERVICE

Michael J. Diamondstein, Esquire being duly sworn according to law, deposes and says that on the **31st** day of **October, 2025** a copy of the within document was served upon the following individuals:

**The Honorable Kelly Brisbon Hodge**
**U.S. District Judge**
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
**Via ECF**

**Clerk's Office**
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
**Via ECF**

**Michelle Rotella, Esq.**
**Assistant United States Attorney**
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106
**Via Email**

**Talia Santella, USPO**
United States Probation
Philadelphia, PA
**Via Email**

/s/ Michael J. Diamondstein
**MICHAEL J. DIAMONDSTEIN**
**Attorney for Michael Hochman**