

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Michelle Rotella* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8471* | *Suite 1250* |
| *Facsimile: (215) 861- 8663* | *Philadelphia, Pennsylvania 19106-4476* |
| *Michelle.Rotella@usdoj.gov* | *(215) 861-8200* |

October 29, 2025

Honorable Kelley Brisbon Hodge
Judge, United States District Court
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

Re:   <u>United States v. Michael Hochman</u>
      Criminal Docket No. 25-CR-257

Dear Honorable Judge Hodge:

I write to advise of information that has just come to light regarding the letters that were submitted to this Court as part of the defendant's sentencing memorandum that was filed publicly in ECF No. 14 on October 10, 2025. The Government received information that the persons who had authored the letters on behalf of the Millbrook Society (ECF No. 14 at 15, 17, 24), Visit Philadelphia (id. at 16, 18), and the National Giving Alliance (id. at 23, 25), were duped into doing so by the defendant under false pretenses, and that the letters were not authorized for submission to this Court.

The Government confirmed that the defendant had obtained the letters of support by advising that he was being considered for an award and requesting that they write letters of support on his behalf. He never told them that he was under investigation in a criminal child sexual exploitation matter, never advised that he was already a convicted child sex offender or that he was registered under Megan's Law, and never advised or sought their permission to submit their letters to this Court in support of his upcoming sentencing hearing in this case. Each of the witnesses further advised that they would not have written or authorized any submission from them on behalf of the defendant had they known of its true purpose – that is, that the letters were to be submitted in support of him for sentencing on this child exploitation criminal case. Finally, each witness has requested that their letters be withdrawn from the defendant's sentencing submission, as they do not wish to serve as support for the defendant.

Though the defendant's submission of these letters under false pretenses calls into question a number of provisions in his Guilty Plea Agreement and the PSR, including whether he has truly

1

accepted responsibility and whether he is entitled to a reduction in his Guideline range, the Government intends to stand by its entry into the Guilty Plea Agreement that was filed in this case. The Government provides this information to advise of the fraudulent nature of the submission pending before this Court.

        Sincerely yours,

        DAVID METCALF
        United States Attorney

        *Michelle Rotella*
        MICHELLE ROTELLA
        Assistant United States Attorney

cc: Michael Diamondstein, Esquire