

*Michelle Rotella*
*Direct Dial: (215) 861-8471*
*Facsimile: (215) 861- 8663*
*Michelle.Rotella@usdoj.gov*

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 3, 2025

Honorable Kelley Brisbon Hodge
Judge, United States District Court
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

Re:   United States v. Michael Hochman
      Criminal Docket No. 25-CR-257

Dear Honorable Judge Hodge:

Please accept this letter in response to the Court's request for additional information concerning the letters that were filed by the defendant as part of his sentencing memorandum in ECF No. 14. The Government first alerted the Court in a letter dated October 29, 2025, that defendant had obtained the letters of support under false pretenses, and that the subsequent inclusion of these letters as part of his sentencing package was done without their knowledge or authorization.

The Court then requested that the Government provide more specific details about what the defendant conveyed to obtain these letters of support and the dates of his requests. The investigation by the FBI revealed that the details of the communications by the defendant to each witness are strikingly similar:

- Each witness was contacted on April 28, 2025, a date when the defendant was aware of the impending charges to be filed and counsel were actively communicating about the facts underlying the case, discovery, and negotiating a potential resolution of this matter prior to the Government filing its charges.
- The defendant knew each of these witnesses in some professional capacity, having done previous work or volunteer activities with each organization.
- For each witness, the defendant approached them saying that he "had a favor to ask." He then told each witness the same story – that he was applying for a "grant or honor" and needed to attach letters of recommendation with his application.
- For each witness, he asked if they would be willing to write such a letter which he would then attach as part of his "grant or honor application." Each witness agreed to do so.

1

- When the witnesses each questioned what grant or honor he was applying for, the defendant responded that he was not able to "get into it yet" and requested that they address the letter "To Those It May Concern."
- The defendant directed what the content of their recommendations should include, such as commenting on his work effort, enthusiasm, teamwork, cooperation, dedication, kindness, leadership, initiative, ability to follow instructions, and the like, and quality of work and/or talent.
- The defendant also directed that each letter be submitted on letterhead from the organizations so that it would be "official," and for each witness to sign the letter using his or her official organization title.

The FBI spoke to the witnesses from each organization and confirmed that the defendant failed to advise any of them that he was under investigation in a criminal child sexual exploitation matter and, most importantly, failed to advise or to seek permission to submit their letters to this Court in support of his upcoming sentencing hearing in this case. The Government has attached emails obtained from each organization that evidence the information that was provided by the defendant to obtain their letters of recommendation:

- Exhibit A – April 28, 2025 at 5:50pm email request to Lisa Tordo at National Giving Alliance
- Exhibit B – April 28, 2025 at 5:50pm email to Christina McDuell of Millbrook Society
- Exhibit C - April 28, 2025 at 5:54pm email request to Cathy McVey of VisitPhilly.com

Each witness further advised that they would not have written or authorized any submission from them on behalf of the defendant had they known of its true purpose – that is, that the letters were to be submitted in support of him for sentencing on this child exploitation criminal case. Finally, each witness has requested that their letters be withdrawn from the defendant's sentencing submission, as they do not wish to serve as support for the defendant.

Please contact me if the Court requires further information. Thank you.

        Sincerely yours,

        DAVID METCALF
        United States Attorney

        *Michelle Rotella*
        MICHELLE ROTELLA
        Assistant United States Attorney

cc: Michael Diamondstein, Esquire